UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, |
|---|
| -against- |
| TIMOTHY FRAIZER, |
| Defendant. |



90 Cr. 913 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Fraizer's letter (dkt. no. 545) inquiring about a May 28, 2009 entry on PACER showing an attorney update and a sealed document docketed on April 22, 2019 (dkt. no. 530).

So far as the Court can tell, the attorney update was to remove Paul Gardephe as representing the United States in this case. Docket number 530 does not concern Mr. Fraizer.

With respect to Mr. Fraizer's inquiry about what is going on in this matter, the Court notes that Mr. Fraizer pled guilty on or about November 4, 1991 and was sentenced on July 16, 1992 to one year imprisonment (dkt. no. 144) to run consecutively with the term of imprisonment in the state. Mr. Fraizer's letter states he was granted parole on September 12, 2019 from his state sentence and picked up by the United States Marshals on that date. Assuming the accuracy of all of these facts, it

1

appears Mr. Fraizer has some months yet to serve on his one-year federal sentence.

To the extent that the Government has a different understanding of the facts of this case, it shall notify the Court promptly.

The Clerk of the Court shall mail a copy of this order to Mr. Fraizer.

SO ORDERED.

Dated:   New York, New York
         March 11, 2020

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge