UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

TIMOTHY FRAZIER,

           Defendant.

90 Cr. 913 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Frazier's April 3, 2020 motion for compassionate release [dkt no. 549].  The Government is directed to respond to Mr. Frazier's motion by letter no later than Wednesday, April 29, 2020.  Mr. Frazier shall submit a reply, if any, by letter no later than Friday May 1, 2020.

**SO ORDERED.**

Dated:  April 23, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge