```
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
           - against -               :         90-CR-913 (LAP)
                                     :
TIMOTHY FRAZIER,                     :
                                     :
                 Defendant.          :
------------------------------------ x
```

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has reviewed the Government's letter of April 23, 2020 (dkt. no. 551) stating that Defendant was sentenced to 121 months incarceration, as reflected in the Judgment.  (Dkt. No. 551-1, attached as Exhibit 1).  Accordingly, the Court withdraws it order dated March 11, 2020 (dkt.  no. 546).

    A copy of this order has been mailed to Defendant.

SO ORDERED.

Dated:   New York, NY
         April 24, 2020

 

_____
Loretta A. Preska
Senior United States District Judge

1