UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>TIMOTHY FRAZIER,<br><br>                Defendant. | 90 Cr. 913 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The Government shall respond to Mr. Frazier's letter dated May 3, 2020 [dkt. no. 557] by no later than May 25, 2020.

Mr. Frazier's time to file a reply in further support of his motion for compassionate release is adjourned sine die pending further order of the Court.

Chambers will mail a copy of this order along with the other papers Mr. Frazier requested in his letters [dkt. no. 556-57] to Mr. Frazier.

**SO ORDERED.**

Dated:  May 18, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.