UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

TIMOTHY FRAZIER,

        Defendant.

90 CR 913 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    As set forth in the Government's letter dated May 25 (dkt. no. 559), the Government is unable to locate a copy of Mr. Frazier's 1992 sentencing minutes.  Accordingly, Defendant's request for those minutes (dkt. no. 557) is denied.

    To the extent that Mr. Frazier wishes to submit any additional papers on his request for release, he shall do so no later than June 10, 2020.

    Chambers will mail a copy of this order to Defendant.

**SO ORDERED.**

Dated:  May 27, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.