UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

TIMOTHY FRAZIER,

        Defendant.

90 Cr. 913

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Government shall respond by letter no later than June 26, 2020 to Mr. Frazier's request for a hearing (dkt. no. 561).

**SO ORDERED.**

Dated:  June 19, 2020
        New York, New York

*[signature: Loretta A. Preska]*

_____
LORETTA A. PRESKA, U.S.D.J.