UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

TIMOTHY FRAZIER,

        Defendant.

90 Cr. 913 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Frazier's letter of June 17 (dkt. no. 568) in further support of his compassionate release motion. The Court adheres to its decision of June 29 (dkt. no. 567) denying Mr. Frazier's motion. Chambers will mail a copy of this order to Mr. Frazier.

**SO ORDERED.**
Dated:  July 1, 2020
       New York, New York

                                       *Loretta A. Preska*
                                       _____
                                       LORETTA A. PRESKA, U.S.D.J.