UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | No. 90-CR-913 (LAP) |
| TIMOTHY FRAZIER, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Timothy Frazier's motion [dkt. no. 582] requesting (1) a reduction of his sentence under 18 U.S.C. § 3582(c)(2) and 3006A and (2) appointment of counsel. The Government shall respond to Mr. Frazier's motion by June 1, 2021. Mr. Frazier shall file any reply by June 22, 2021. The Court reserves decision on Mr. Frazier's request for appointment of counsel until after receiving the Government's submission. The Clerk of the Court shall mail a copy of this order to Mr. Frazier.

**SO ORDERED.**

Dated:  May 4, 2021
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1