UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff

    -against-

TIMOTHY FRAZIER,

            Defendant.

90 Cr. 913 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Mr. Frazier's motion to reduce his term of imprisonment pursuant to 18 U.S.C. 3582(c)(1)(A)(i) (dkt. no. 620) and the letter from a non-party requesting records on Mr. Frazier's behalf (dkt. no. 621). The Government shall respond to the letter no later than July 19, 2023. The Government shall respond to Mr. Frazier's motion no later than August 16, 2023. Mr. Frazier may submit his reply, if any, no later than September 20, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Frazier.

SO ORDERED.

Dated:   New York, New York
           July 14, 2023

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1