

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

maxnicholasllc.com

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

February 19, 2024

        Re: *United States v. Timothy Frazier*, 90 Cr. 913 (LAP)

Dear Judge Preska:

        On January 10, 2024, this Court appointed me pursuant to the Criminal Justice Act to represent defendant Timothy Frazier in the above-captioned case with respect to the retroactivity of the November 1, 2023 Amendments to the United States Sentencing Guidelines. I have advised Mr. Frazier with respect to this issue.

        Mr. Frazier respectfully requests that the Court also appoint me to represent him in connection with a pending motion that he filed *pro se* to modify his term of imprisonment pursuant to Title 18, United States Code, Section 3582(c)(1)(A). My understanding is that this motion is fully briefed, but that Mr. Frazier would like to have counsel evaluate whether it would benefit from being amended before the Court rules, and if so, to have counsel assist in that effort.

        Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Max Nicholas*

Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
max@maxnicholasllc.com
646-741-0383

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/22/24