UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff

    -against-

TIMOTHY FRAZIER,

               Defendant.

90 Cr. 913 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It has come to the Court's attention that on February 22, 2024, this Court appointed CJA counsel for Defendant in connection with Defendant's pending pro se motion to modify his term of imprisonment pursuant to 18 U.S.C. 3582(c)(1)(A)(i). (See dkt. no. 639.) Counsel for Defendant had advised the Court that while the motion was fully briefed, Mr. Frazier sought counsel to evaluate whether the motion would benefit from amendment before the Court rules. (See dkt. no. 638.) Counsel for Mr. Frazier shall advise the Court by letter no later than February 14, 2025 of whether he intends to file an amended motion. Any amended motion shall be filed no later than February 28, 2025. In the event an amended motion is filed, the Government shall submit any amended opposition no later than March 28, 2025. Mr. Frazier may submit his reply, if any, no later than April 25, 2025.

1

The Clerk of the Court shall mail a copy of this order to Mr. Frazier.

**SO ORDERED.**

Dated:   New York, New York
         January 27, 2025

                                           _Loretta A. Preska_
                                           LORETTA A. PRESKA
                                           Senior United States District Judge