UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>         -against-<br><br>TIMOTHY FRAZIER,<br><br>                    Defendant. | 90 Cr. 913 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant's letter i) writing that he has not received the Government's response to or any other briefing on his pending motion under 18 U.S.C. § 3582(c)(A)(1), ii) requesting leave to reply, and iii) claiming that the Bureau of Prisons is disregarding the Court's May 1, 2023 order reducing Defendant's sentence to the 120-month mandatory minimum.  (See dkt. no. 648.)  Counsel for Mr. Frazier, Mr. Nicholas, shall update the Court as to the status of Mr. Frazier's claims no later than June 18, 2025.  Defendant may submit a reply in connection with his pending motion no later than July 25, 2025.

**SO ORDERED.**

Dated:    New York, New York
          June 11, 2025

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge

1