UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff<br><br>     -against-<br><br>TIMOTHY FRAZIER,<br><br>          Defendant. | 90-cr-913(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letter regarding his displacement which has resulted in his inability to provide documentation to support his claim for early release. (See dkt. no. 651.) Counsel for Defendant, Mr. Nicholas, shall address Defendant's concerns by letter no later than July 25, 2025.

**SO ORDERED.**

Dated:     New York, New York
           July 14, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge

1